May 28, 2015

Red River County District Clerk
County Courthouse
Clarksville, Texas 75426

RE:     Billy Ray Bryant
        Trial Court Number CR 01125
        Case Number WR-74,973-01

Dear Clerk:

Enclosed please find the order of the Court returning Defense Exhibit #2 (a cassette audio recording) in the above referenced cause.

Please acknowledge receipt of the exhibit on the enclosed copy of this letter and order, and return it for our files.

Sincerely,

Abel Acosta
Clerk

By:_____
John Brown
Chief Deputy Clerk